UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS TORRES,

                   Petitioner,

-against-

PEOPLE OF THE STATE OF NEW YORK, ET AL.,

                   Defendants.

23-CV-09380 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 2, 2024, the Court dismissed the petition, and directed Petitioner to file an amended petition within 30 days. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an amended petition or otherwise communicated with the Court. Accordingly, the petition, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the January 2, 2024 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:    February 29, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge